# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MARLO RUSCH,

    Plaintiff,

v.                                                    CASE NO. 6:11-CV-274-Orl-36GJK

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## ORDER

This cause comes before the Court for consideration of Plaintiff's complaint seeking review of the decision of the Commissioner of the Social Security Administration (Doc. 1). This complaint was considered by United States Magistrate Judge Gregory J. Kelly. Magistrate Judge Kelly has filed a Report and Recommendation (Doc. 25), on February 10, 2012, recommending that the Commissioner's decision be affirmed. Neither party filed an Objection to the Report and Recommendation, and the time to do so has expired. After conducting an independent examination of the file and upon due consideration of Magistrate Judge Kelly's Report and Recommendation, it is determined that the Report and Recommendation should be adopted in its entirety.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1.     The Report and Recommendation of the Magistrate Judge (Doc. 25) is **ADOPTED, CONFIRMED** and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2. The decision of the Commissioner of the United States Social Security Administration is **AFFIRMED**.

3. The Clerk is directed to enter judgment in favor of the Commissioner, terminate all pending motions, and close this case.

**DONE AND ORDERED** at Orlando, Florida on February 29, 2012.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD